# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3449

_____

Iran Henderson,

        Appellant,

    v.

City of Cool Valley; Stewart Andrews, Officer,

        Appellees.

\*      Appeal from the United States District Court for the Eastern District of Missouri.

[UNPUBLISHED]

_____

Submitted: April 19, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, FAGG, Circuit Judge, and BOGUE,** District Judge.

_____

PER CURIAM.

Iran Henderson appeals the district court's adverse grant of summary judgment in Henderson's civil rights action arising under 42 U.S.C. § 1983. Having reviewed the record, we find no error of law appears in the district court's ruling. Because the

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

**The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

parties' briefs show they are thoroughly familiar with the issues before the court, we conclude that an extended discussion would serve no useful precedential purpose. We thus affirm on the basis of the district court's ruling without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.